IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DAN KENNY DELVA, | |
| Petitioner, | CIVIL ACTION NO.: 5:22-cv-43 |
| v. | |
| MERRICK GARLAND; and WARDEN-FOLKSTON ICE PROCESSING CENTER, | |
| Respondents. | |

**O R D E R**

Respondent has moved to dismiss Petitioner's action for habeas corpus relief.  Doc. 7.  The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14 days of the date of this Order.  If Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and will grant Respondent's Motion to Dismiss as unopposed.  Further, Petitioner is reminded of his obligation to notify the Court, in writing, of any change in his address.  Petitioner's failure to do so may also result in the dismissal of his cause of action.

**SO ORDERED**, this 14th day of September, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA