# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| DAN KENNY DELVA, | * |
| Petitioner, | *   CIVIL ACTION NO.: 5:22-cv-43 |
| v. | * |
| MERRICK GARLAND; and WARDEN, FOLKSTON ICE PROCESSING CENTER, | * |
| Respondents. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 21.  Petitioner Dan Delva ("Delva") did not file Objections to this Report and Recommendation.  In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, No Longer Here" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 22 at 8.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  Thus, the Court **DENIES as moot** Respondents' first Motion to Dismiss, **GRANTS as unopposed** Respondents' second Motion to Dismiss, and **DISMISSES without prejudice** Delva's 28 U.S.C. § 2241 Petition for Writ of

AO 72A
(Rev. 8/82)

Habeas Corpus based on his failure to follow this Court's Orders and Local Rules. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Delva *in forma pauperis* status on appeal.

**SO ORDERED**, this 14 day of February, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2