AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAN KENNY DELVA,

Petitioner,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: 5:22-cv-43

MERRICK GARLAND; and WARDEN, FOLKSTON ICE
PROCESSING CENTER,

Respondent.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been
rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 14, 2023, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to

dismiss is granted, Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice,

and Petitioner is denied in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Febuy 15, 2023
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020